1048

[No. 22384-8-II. Division Two. October 1, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. JAIME
SALAZAR-RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00235-7, David R. Draper, J.,
entered August 29, 1997. *Affirmed* by unpublished opinion
per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 23020-8-II. Division Two. October 1, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY
DARRYL DAYTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-8-02685-4, David Johnson, J. Pro Tem.,
entered December 19, 1997. *Affirmed* by unpublished
opinion per Armstrong, J., concurred in by Bridgewater,
C.J., and Hunt, J.

[No. 23026-7-II. Division Two. October 1, 1999.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant,* v.
KATHLEEN FORD, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 96-2-02720-2, Kenneth D. Williams and Leo-
mard W. Kruse, JJ., entered February 6, 1998. *Reversed* by
unpublished opinion per Morgan, J., concurred in by
Bridgewater, C.J., and Houghton, J.

[No. 23035-6-II. Division Two. October 1, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON D.
AXTELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00378-7, David E. Foscue, J.,
entered January 26, 1998. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Morgan and Houghton, JJ.